IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Bishop, Marcus

Printed: 02/24/09

Case Number: 05 B 36464
Judge: Wedoff, Eugene R
Filed: 9/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 20, 2008
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,574.52 |  |
| Secured: |  | 14,775.64 |
| Unsecured: |  | 1,391.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 907.72 |
| Other Funds: |  | 500.00 |
| Totals: | 17,574.52 | 17,574.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 13,471.37 | 4,466.37 |
| 5. | American Home Mortgage Servicing | Secured | 10,309.27 | 10,309.27 |
| 6. | Portfolio Recovery Associates | Unsecured | 4,903.36 | 734.24 |
| 7. | Resurgent Capital Services | Unsecured | 3,216.56 | 481.66 |
| 8. | RoundUp Funding LLC | Unsecured | 1,169.82 | 175.26 |
| 9. | ADT Security Systems | Unsecured |  | No Claim Filed |
| | | | $ 33,070.38 | $ 16,166.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 215.21 |
| 5% | 55.00 |
| 4.8% | 158.40 |
| 5.4% | 446.12 |
| 6.6% | 32.99 |
| | $ 907.72 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bishop, Marcus | Case Number:  05 B 36464 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  9/9/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*